IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
AUG 03 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-07-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| ROBERT F. JERNBERG, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion for Early Termination of Supervision (Doc. 79), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Robert F. Jernberg's supervision is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 3rd day of August, 2018.

SUSAN P. WATTERS
United States District Judge